DAMMAN, Appellant, vs. CITY OF MILWAUKEE, Respondent.

*February 16—May 11, 1909.*

*C. Beck Co. v. Milwaukee, ante,* p. 340, followed.

APPEAL from an order of the circuit court for Milwaukee county: LAWRENCE W. HALSEY, Circuit Judge. *Affirmed.*

For the appellant there was a brief by *Kronshage, McGovern, Goff, Fritz & Hannan,* attorneys, and *Walter D. Corrigan,* of counsel, and oral argument by *Guy D. Goff.*

For the respondent there was a brief by *John T. Kelly,* city attorney, and *Walter H. Bender,* assistant city attorney, of counsel, and oral argument by *Mr. Bender.*

The following opinion was filed March 9, 1909:

PER CURIAM. This case is similar in principle to *C. Beck Co. v. Milwaukee, ante,* p. 340, 120 N. W. 293, and is ruled by that case. The order dissolving the injunction must therefore be affirmed.

*By the Court.*—It is so ordered.

MARSHALL, J. (*dissenting*). See opinion filed in *C. Beck Co. v. Milwaukee.*

A motion for a rehearing was denied May 11, 1909.